**PRIVILEGED**

**KOHUTE, KEVIN J : 156767**

**Smith County Jail, TX**

Copy Printed on 05/19/2026 10:10 PM on Mail Scan Cart Central

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 9 2026

CLERK, U.S. DISTRICT COURT

By_____
            Deputy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_Dallas_ **DIVISION**

Kevin Kohute #156767
Plaintiff's Name and ID Number

Smith County Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

3-26CV1772-B

v.

U.S. President Donald Trump

Defendant's Name and Address

_____

Defendant's Name and Address

_____

Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**PRIVILEGED**

**KOHUTE, KEVIN J : 156767**

**Smith County Jail, TX**

Copy Printed on 05/19/2026 10:11 PM on Mail Scan Cart Central

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Please file a new Case number for Kevin Kohute Vs US President Donald Trump To run a Presidential Investigation Please very important Statue of limitations Civil right violations lawsuit Demand 250,000 Dollars in Fema Disaster services please Grant Fema check To Kevin Kohutee Thank You Donald Trump for Case Text

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Please File a Case number for US President Donald Trump,

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1 : 24 : 110

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ✓ YES ____ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?   ✓ YES ____ NO

4

**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 05/19/2026 10:11 PM on Mail Scan Cart Central

C. Has any court ever warned or notified you that sanctions could be imposed? ____✓ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: 5/21/2026
       DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___21___ day of __May__, 20 _26_.
     (Day)        (month)      (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Kevin Kohute #156767
Smith County Pro Se inmate
2205 E Elm Street
Tyler, TX, 75702

RECEIVED -
MAY 29 2026
SMITH COUNTY
INMATE MAIL
MAILROOM

X-RAY

NORTH TEXAS TX 750
NORTH TEXAS TX 750
23 MAY 2026 AM 8 L
23 MAY 2026 AM 8 L



Dallas Court House Clerk
1100 Commerce Street room 1452
Dallas, TX, 75242

FOREVER / USA